AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JASMINE RANGEL,

                Plaintiff,

                                                JUDGMENT IN A CIVIL CASE

                v.

UNITED STATES OF AMERICA, et al.,

                                         CASE NUMBER: CV-10-3096-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Order of Dismissal entered on December 3, 2010, Ct. Rec. 7.

 

12/3/2010                                                 JAMES R. LARSEN
*Date*                                                        *Clerk*
                                                             s/ Cora Vargas
                                                            *(By) Deputy Clerk*
                                                             Cora Vargas